**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**LIEUTENANT WOODS AND
GERALDINE WOODS**                                                        **PLAINTIFFS**

**VS.**                         **CIVIL ACTION NO. 3:05-CV-94WHB-AGN**

**CITY OF JACKSON, ET AL.**                                      **DEFENDANTS**

<u>**FINAL JUDGMENT**</u>

On January 13, 2006, this Court granted a Default Judgment in favor of the Plaintiffs against the Defendants. A hearing was set to determine the amount of damages to be entered and that hearing was held on January 31, 2006. At the hearing the Court, on the record, denied the motion of the Defendants to set aside the default judgment and thereafter heard the Plaintiffs' evidence in regard to damages. The Court entered its ruling on the record and awarded $1000.00 to Plaintiff Lieutenant Woods and $1000.00 to Plaintiff Geraldine Woods as total damages for both their § 1983 claims and their Mississippi Tort Claims Act claims. In addition, the Court granted attorney's fees jointly in the total amount of $500.00.

Accordingly, judgment is hereby entered in favor of Lieutenant Woods and Geraldine Woods in the amount of $1000.00 each against Defendants, the City of Jackson and Slade Moore, in his individual capacity, jointly and severally, plus an additional $500.00 as attorney's fees, together with their costs.

SO ORDERED this the 31st day of January, 2006.

                                                  <u>/s/ William H. Barbour, Jr.</u>
                                                  United States District Judge